```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            FEB 18 2015

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-mj-855-GWF |
| ) | |
| vs. ) | **ORDER QUASHING WARRANT** |
| ) | |
| OSCAR ARMANDO DELGADO-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

Alex De Castroverde, Esq., filed with the Court a Motion to Quash Warrant by Defendant on February 2, 2015,

**IT IS HEREBY ORDERED** that the warrant issued by the Court on February 12, 2013, is **QUASHED**. Mr. De Castroverde is to submit to the Court designation of retained counsel.

DATED this 18th day of February 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge